**H. D. BAKER, Collector of Internal Revenue, et al. v. J. Ashford MANKA, Trustee for the Midwest Manufacturing & Seating Corporation.**

**No. 1835.**

Circuit Court of Appeals, Tenth Circuit.

March 25, 1938.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan., for appellants.

J. Ashford Manka, of Wichita, Kan., pro se.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellants.